# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2023-0001**
Nagasi Shabazz Ziyad v. State of Alabama (Appeal from Mobile Circuit Court: CC-19-4593)

# <u>NOTICE</u>

You are hereby notified that on November 17, 2023, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk